# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**IN THE MATTER OF THE SEARCH SAMSUNG TABLET,** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .

MJ 20-02-N

**Filed Under Seal**

## MOTION TO SEAL SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrant, application, affidavit, and associated documents in the above-captioned matter for ninety (90) days.

The individuals named in the pleadings are the targets of an investigation involving, *inter alia*, Access Device Fraud in violation of Title 18 U.S.C. § 1029. Disclosure of the search warrant documents – which pertain to an alleged violation of said statute may alert the targets and other co-conspirators to the ongoing investigation, which they do not know about or at least not fully. There is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving the targets and or other co-conspirators an opportunity to destroy or tamper with evidence or change patterns of behavior. The United States therefore requests that the search warrant, application, affidavit, and other associated documents all be sealed for ninety (90) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the ninety (90) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for ninety (90) days.

Dated January 8, 2020.

    Respectfully Submitted,

    RICHARD W. MOORE
    UNITED STATES ATTORNEY

    By: */s/ Alex F. Lankford*
    Alex F. Lankford
    Assistant United States Attorney
    United States Attorney's Office
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 441-5845